## The People of the State of Illinois ex rel. Edward Strum, Defendant in Error, v. City of Chicago et al., Plaintiffs in Error.

### Gen. No. 23,360.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed. Opinion filed April 16, 1918.

### Statement of the Case.

Petition by the People of the State of Illinois, on the relation of Edward Strum, against City of Chicago and others, respondents, for a writ of mandamus to compel respondents to reinstate the relator in the position of first-class detective sergeant. To reverse an order granting the writ, respondents prosecute this writ of error.

SAMUEL A. ETTELSON, for plaintiffs in error; ROY S. GASKILL, of counsel.

No appearance for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. CIVIL SERVICE, § 2*—*when act inapplicable to protect police officer.* The Civil Service Act (J. & A. ¶ 1799 *et seq.*) does not apply to protect a police officer who was not examined and appointed or promoted to the office by the civil service commission.

2. CIVIL SERVICE, § 28*—*when petition of mandamus to compel reinstatement of police detective sergeant demurrable on ground of laches.* A demurrer on the ground of laches should be sustained to a petition for a writ of mandamus to compel reinstatement as a police detective sergeant where the petition was not filed until 18 years and more after the petitioner's demotion.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.